UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION



FILED ___ LODGED
RECEIVED ___ COPY

APR 1 2 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

LUIS GALVIN-TORRES

    Plaintiff

v.  Case No. CV 17-0162 TUC JGZ PSOT

R.L. RHODES, WARDEN

S. ENGLAND, H.S.A.

ET, AL.

    Defendants

MOTION FOR TEMPORARY RESTRAINING ORDER
AND/OR PRELIMINARY INJUNCTION

    Plaintiff, Luis Galvan-Torres, Pro Se, pursuant to Rule 65, FRCP, requests this Honorable Court to grant him a Temporary Restraining Order and/or a Preliminary Injunction directing defendants Rhodes and England, and other Agents of the Bureau of Prisons to have Plaintiff taken to a Hospital and/or Clinic to be seen by a Urologist immediately.

                        RESPECTFULLY SUBMITTED,

                        *Luis Galvan Torres*

                        LUIS GALVAN-TORRES

                        Plaintiff