UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

LUIS GALVAN-TORRES

    Plaintiff

v.                                  Case No. CV17-0162 TUCJGZPSOT

R.L. RHODES, WARDEN

S. ENGLAND, H.S.A.

et., al.

ORDER GRANTING MOTION FOR

TEMPORARY RESTRAINING ORDER

    Plaintiff has moved for a Temporary Restraining Order and/or Preliminary Injunction pursuant to Rule 65, FRCP., seeking to be taken out of the Institution to a Hospital and/or Clinic to be seen by a Urologist immediately because Defendants are subjecting Plaintiff to the risk of immediate and irreparable harm and injury resulting from a medical issue that he has been attempting to have addressed for over a year. Because of this risk it is inappropriate to withhold relief until formal notice can be given to defendants.

    It is therefore ORDERED that defendants' Rhodes and England forthwith send Plaintiff to an outside hospital and/or clinic to be seen by a Urologist immediately.

    It is further ORDERED that this Temporary Restraining

Order shall continue until_____, 20_____.]

    It is further ORDERED that a hearing on Plaintiff's Motion for a Preliminary Injunction should be held on _____, and that Plaintiff shall be required to proceed with his motion at that time.]

    It is further ORDERED that no security shall be required of Plaintiff because it appears that he is an indigent prisoner and this ORDER does not appear to threaten defendants with any pecuniary loss.

                                          _____

                                          United States District Judge

Date:_____