IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Galvan-Torres,<br><br>    Plaintiff,<br><br>v.<br><br>R L Rhodes, et al.,<br><br>    Defendants. | NO. CV-17-00162-TUC-JGZ (PSOT)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed April 25, 2017, which denied without prejudice the Motion for Temporary Restraining Order and/or Preliminary Injunction, judgment is entered and this action is closed.

　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

April 25, 2017

　　　　　　　　　　　　　　　　　　s/ M Rodriguez
　　　　　　　　　　　　　　　　By　Deputy Clerk